```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                           WESTERN DIVISION
```

SAMUEL L. MCCLELLAN                                          PETITIONER

VS.                             CIVIL ACTION NO. 5:05cv194-DCB-JCS

BUREAU OF PRISONS                                            RESPONDENT

## FINAL JUDGMENT

This matter came before the Court on Magistrate Judge James C. Sumner's Report and Recommendation dated August 1, 2006 [**docket entry no. 22**], which recommends that the petition be dismissed with prejudice, and the Court having adopted the Report and Recommendation of even date herewith.  Accordingly,

IT IS HEREBY ORDERED that this action is dismissed with prejudice.

SO ORDERED, this the   21st   day of September, 2006.

                                    s/ David Bramlette
                              UNITED STATES DISTRICT JUDGE